UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR MACHADO,

    Plaintiff,

  v.

A. AGUILAR, et al.,

    Defendants.

No. 2:19-cv-1830-EFB P

ORDER

    Plaintiff is a state prisoner proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983. The court previously found that, for screening purposes, plaintiff had stated a viable Eighth Amendment excessive force claims against defendants Aguilar (then referred to as Aguilera), Leininger, Junes, and Tsushko. ECF No. 6. Plaintiff also sued an indeterminant number of "Doe" defendants. The court informed him that they could be added when, and if, they were identified during the course of discovery. The four named defendants filed an answer to the complaint on March 6, 2020. ECF No. 17.

    Now pending before the court are two motions. Plaintiff seeks to amend his complaint (ECF No. 19) and defendants seek a thirty-day extension of time to serve responses to plaintiff's interrogatories (ECF No. 22). Both motions are granted.

/////

/////

1

## Motion to Amend

Plaintiff states that the amended complaint is filed in order to reflect that the defendant previously identified as "D. Aguilera" is, in fact, named "A. Aguilar." ECF No. 19. Defendants have already noted as much in their answer. ECF No. 17 at 1. Accordingly, plaintiff's motion will be granted and this action will proceed based on the first amended complaint (ECF No. 20). The court has reviewed the first amended complaint for screening purposes and determined that the allegations are substantively the same as the initial complaint.

## Motion for Extension of Time

Defendants[1] request an extension of time-until June 5, 2020 – to serve their answers to plaintiff's first set of interrogatories, requests for admissions, and requests for production of documents. ECF No. 22 at 1. That motion is granted and the deadline for responding to plaintiff's discovery is extended to June 5, 2020.

## Conclusion

Accordingly, it is ORDERED that:

1. Plaintiff's motion to amend (ECF No. 19) is GRANTED and this action shall proceed based on the first amended complaint (ECF No. 20);

2. Defendants shall file an answer to the amended complaint within the time provided for in the Federal Rules of Civil Procedure;

3. The Clerk of Court shall terminate defendant "D. Aguilera" insofar as it is undisputed between the parties that this name was solely a misidentification of defendant "A. Aguilar;" and

/////

/////

/////

---

[1] In the first line of the motion, counsel states that it is brought on behalf of the four named defendants - Aguilar, Leininger, Tsushko, and Junes – and also L. Goodrich, P. Rahsev, and C. Pierce. ECF No. 22 at 1. The latter three names are unknown to the court in the context of this action and none, so far as the court can tell, appear in plaintiff's amended complaint. Moreover, elsewhere in the motion, counsel states only that he represents Aguilar, Leininger, Tsushko, and Junes in this action. *Id.* at 2. At this point, then, the court assumes that the inclusion of the additional names was error.

4.  Defendants' motion for extension of time (ECF No. 22) is GRANTED and their responses to plaintiff's discovery is now due on or before June 5, 2020.

DATED:  May 13, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3