IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **OSCAR MACHADO,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. AGUILERA, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:19-cv-1830 EFB (PC)<br><br>[**PROPOSED**] ORDER<br><br><br>Judge:　　　　The Honorable Edmund F. Brennan<br>Trial Date:　　Not set<br>Action Filed:　September 12, 2019 |

　　The Court, having considered Defendant's motion to modify the discovery and dispositive motion deadlines, and good cause having been found:

　　**IT IS HEREBY ORDERED**: Defendant's motion is granted.  The deadline to conduct discovery and file a motion not compel discovery is extended to November 14, 2020.  The deadline to file a pretrial motion is extended to February 20, 2021.

DATED:  July 20, 2020.

　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

SA2020100033
34244640.docx

[Proposed] Order  (2:19-cv-1830 EFB (PC))