UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO, | Case No. 2:19-cv-01830-JDP |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| D. AGUILERA, *et al.*, | ECF No. 35 |
| Defendants. | |

Defendants have filed a motion to modify the March 18, 2020 discovery and scheduling order. ECF No. 35. Defendants request the deadline for completion of discovery be extended to allow them to complete plaintiff's deposition. *Id*. They also request the deadline for filing dispositive motions be extended. *Id*. Plaintiff did not timely file an opposition or statement of non-opposition to defendants' motion.

Good cause appearing, defendants' motion, ECF No. 35, is granted, and the March 18, 2020 discovery and scheduling order is modified as follows:

1. The deadline for completion of discovery is extended to January 13, 2021, for the limited purpose of allowing defendants to conduct plaintiff's deposition;

1

     2. Defendants may file a motion to compel plaintiff's deposition, if necessary, on or before January 20, 2021; and

     3. The deadline for filing dispositive motions is extended to April 21, 2021.

IT IS SO ORDERED.

Dated: __December 17, 2020__          _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE