UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO,<br><br>        Plaintiff,<br><br>v.<br><br>D. AGUILERA, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-01830-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 38 |

Defendants have filed a motion to modify the March 11, 2020 discovery and scheduling order. ECF No. 38. Good cause appearing, defendants' motion is granted, and the March 11, 2020 discovery and scheduling order is modified as follows:

1. The deadline for completion of discovery is extended to April 13, 2021, for the limited purpose of allowing defendants to conduct plaintiff's deposition;

2. Defendants may file a motion to compel plaintiff's deposition, if necessary, on or before April 20, 2021; and

3. The deadline for filing dispositive motions is extended to July 20, 2021.

1

IT IS SO ORDERED.

Dated:   January 13, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE