UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR MACHADO,

        Plaintiff,

    v.

D. AGUILERA, *et al.*,

        Defendants.

Case No.   2:19-cv-01830-JDP (PC)

ORDER GRANTING DEFENDANTS'
MOTION TO MODIFY THE DISCOVERY
AND SCHEDULING ORDER

ECF No. 41

Defendants have filed a motion to modify the March 11, 2020 discovery and scheduling order.  ECF No. 41.  Good cause appearing, defendants' motion is granted, and the March 11, 2020 discovery and scheduling order is modified as follows:

1.  The deadline for completion of discovery is extended to July 12, 2021, for the limited purpose of allowing defendants to conduct plaintiff's deposition.

2.  Defendants may file a motion to compel plaintiff's deposition, if necessary, on or before July 19, 2021.

3.  The deadline for filing dispositive motions is extended to October 18, 2021.

IT IS SO ORDERED.

Dated:    May 14, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE