UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO,<br><br>        Plaintiff,<br><br>    v.<br><br>D. AGUILERA, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-01830-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A TRANSFER<br><br>ECF No. 40 |

Plaintiff has filed a motion that requests an order directing the Los Angeles County Sherriff's Department to transfer him from the Los Angeles County Jail to Mule Creek State Prison.[1] ECF No. 40. On May 24, 2021, plaintiff notified the court that he has been transferred back to Mule Creek State Prison. ECF No. 43. Given that plaintiff has since received the requested transfer, his motion, ECF No. 40, is denied as moot.

IT IS SO ORDERED.

Dated:   May 31, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was transferred to the Los Angeles County Jail so that he could attend state court criminal proceedings. ECF No. at 2.

1