UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. AGUILERA, *et al.*,<br><br>　　　　　Defendants. | Case No.　2:19-cv-01830-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 45 |

　　　　Defendants have filed a motion to modify the March 11, 2020 scheduling order. ECF No. 45. Good cause appearing, it is hereby ORDERED that:

　　　　1. Defendants' motion to modify the scheduling order, ECF No. 45, is granted.

　　　　2. The March 11, 2020 scheduling order is modified to extend the deadline for completion of discovery to September 10, 2021, for the limited purpose of allowing defendants to conduct plaintiff's deposition.

IT IS SO ORDERED.

Dated:　　July 21, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE